EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------X

Richard Francois

         Plaintiff,

-against-

City of New York;
Nicholas K. Baldeo

         Defendants.

----------------------------------------------------------X

**AMENDED
COMPLAINT**

1'26cv 01182 (___)(___)

On 6/4/2022, Nicholas K. Baldeo Committed wrongful actions, which violated the Plaintiff's rights, with respect to 42 USC 1983.

At the time of ~~incident~~ Baldeo's wrongful actions, Nicholas K. Baldeo was working with NYPD's 69th precinct, and Shield Number is #17659.

REC'D IN PRO SE OFFICE